UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minutes

Date: March 14, 2022　　　　　　　　　　　　　　　　　　　　　Judge: Hon. James Donato

Court Reporter: Belle Ball
Time: 1 Hour & 54 Minutes
Case No.　　　**3:21-cr-00297-JD-1**
Case Name　　**Brooke Campbell Solis**

Attorney(s) for Government:　Robin Harris
Attorney(s) for Defendant(s):　Douglas I. Horngrad/Sam O'Keefe
Probation Officer: Ashley Polk

Deputy Clerk: Lisa Clark

## PROCEEDINGS

Sentencing -- Held

## NOTES AND ORDERS

The Court hears from the parties and from the victim, Good Money, Inc. Defendant requests, and the government recommends, a base offense level of 20, incorporating a 3 point reduction, as stated in the plea agreement. The Court finds that only a 2 point reduction to the offense level is warranted, yielding an adjusted base offense level of 21 under the advisory Sentencing Guidelines.

Defendant is sentenced to 37 months custody for each count, to be served concurrently, followed by 3 years supervised release for each count, to be served concurrently. The Court will recommend that defendant's sentence be served in Dublin or in a Texas facility, and that defendant participate in the Residential Drug Abuse Program. The Court imposes $500,000 in restitution to the victim, Good Money, Inc. The Court imposes a $600 special assessment. Defendant's letter of resignation from the bar must be sent today, March 14, 2020, to each bar that defendant is a member of, by attorney Horngrad. The Court sets a voluntary surrender date of March 21, 2022.