JODI LINKER
Federal Public Defender
MARA GOLDMAN
TAMARA CREPET
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Fax: (408)-291-7399
Tamara_Crepet@fd.org

Counsel for Defendant SOLIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>     v.<br><br>BROOKE SOLIS,<br><br>          Defendant. | No. CR 21-297-JD<br><br>STIPULATION AND [PROPOSED] ORDER TO SET STATUS HEARING RE: SENTENCING |

Defendant Brooke Solis and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that a status hearing may be set for October 2, 2023 at 10:30 a.m. The reason for the requested status is to discuss a sentencing date and ancillary matters related to the setencing.

//
//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER
 CR 21-297

IT IS SO STIPULATED.

Dated: September 26, 2023          JODI LINKER
                                   Federal Public Defender

                                   _____/s/_____
                                   Tamara Crepet
                                   Assistant Federal Public Defender

Dated: September 26, 2023          ISMAIL RAMSEY
                                   United States Attorney

                                   _____/s/_____
                                   Ilham A. Hosseini
                                   Assistant United States Attorney

## [PROPOSED] **ORDER**

Upon agreement and stipulation of the defendant Brooke Solis, and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that a status hearing be set on October 2, 2023 at 10:30 a.m.
.

IT IS SO ORDERED.

DATED: 9/28/2023                   _____
                                   HONORABLE JAMES DONATO
                                   United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 21-297