JODI LINKER
Federal Public Defender
MARA GOLDMAN
TAMARA CREPET
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Fax: (408)-291-7399
Tamara_Crepet@fd.org

Counsel for Defendant SOLIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 21-297-JD |
| Plaintiff, | UNOPPOSED MOTION TO WAIVE DEFENDANT BROOKE SOLIS'S PRESENCE AND ~~[PROPOSED]~~ ORDER |
| v. | |
| BROOKE SOLIS, | |
| Defendant. | |

Defendant Brooke Solis, through her counsel, respectfully moves the Court to waive her in-person appearance for the status conference set on October 2, 2023 at 10:30 a.m. Ms. Solis requests that the Court waive her appearance pursuant to Rule 43 of the Federal Rules of Criminal Procedure, which allows for the waiver of appearances for conferences. The reason for request is that Ms. Solis is currently in BOP custody at a halfway house in Texas.

Defendant's counsel has conferred with AUSA Ilham Hosseini, and she does not object to this request.

Dated: September 28, 2023

JODI LINKER
Federal Public Defender

_____/s/_____
Tamara Crepet
Assistant Federal Public Defender

UNOPPOSED MOTION
 CR 21-297

1

2
## [PROPOSED] __ORDER__

3
    GOOD CAUSE APPEARING, Defendant Brooke Solis's appearance is ordered waived

4
as set forth in Defendant's Unopposed Motion and pursuant to Rule 43 of the Federal Rules of

5
Criminal Procedure.

6

7
    IT IS SO ORDERED.

8

9
DATED:    9/29/2023    _____

10
                        HONORABLE JAMES DONATO
                        United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNOPPOSED MOTION
 CR 21-297